TRINA A. HIGGINS, United States Attorney (#7349)
CLARK A. HARMS, Special Assistant United States Attorney (#5713)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED US District Court-UT
MAY 18 '22 PM01:27

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOAQUIN ORLANDO ARELLANO-GILES aka JOAQUIN ORLANDO ARELLANO,<br><br>Defendant. | INDICTMENT<br><br>COUNT I: 21 U.S.C. § 841(a)(1), Distribution of Methamphetamine (>50 grams actual)<br><br>COUNT II: 21 U.S.C. §841(a)(1), Possession of Methamphetamine With Intent to Distribute (>50 grams actual)<br><br>COUNT III: 21 U.S.C. §841(a)(1), Possession of Cocaine With Intent to Distribute<br><br>COUNT IV: 21 U.S.C. §841(a)(1), Possession of Marijuana With Intent to Distribute<br><br>COUNT V: 8 U.S.C. § 1326(a) – Illegal Reentry by a Previously Removed Alien |

Case: 1:22-cr-00060
Assigned To : Parrish, Jill N.
Assign. Date : 5/18/2022

The Grand Jury charges:

**COUNT I**
21 U.S.C. § 841(a)(1)
(Distribution of Methamphetamine)

On or about November 9, 2021 in the District of Utah,

JOAQUIN ORLANDO ARELLANO-GILES aka JOAQUIN ORLANDO ARELLANO,

defendant herein, did knowingly and intentionally distribute fifty grams or more of actual

methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, and did aid and abet therein, all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

**COUNT II**
21 U.S.C. § 841(a)(1)
(Possession of Methamphetamine With Intent to Distribute)

On or about January 26, 2022 in the District of Utah,

JOAQUIN ORLANDO ARELLANO-GILES aka JOAQUIN ORLANDO ARELLANO,

defendant herein, did knowingly and intentionally possess with intent to distribute fifty grams or more of actual methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, and did aid and abet therein, all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

**COUNT III**
21 U.S.C. § 841(a)(1)
(Possession of Cocaine With Intent to Distribute)

On or about January 26, 2022 in the District of Utah,

JOAQUIN ORLANDO ARELLANO-GILES aka JOAQUIN ORLANDO ARELLANO,

defendant herein, did knowingly and intentionally possess with intent to distribute cocaine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, and did aid and abet therein, all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

**COUNT IV**
21 U.S.C. § 841(a)(1)
(Possession of Marijuana With Intent to Distribute)

On or about January 26, 2022 in the District of Utah,

JOAQUIN ORLANDO ARELLANO-GILES aka JOAQUIN ORLANDO ARELLANO,

defendant herein, did knowingly and intentionally possess with intent to distribute less than 50 kilograms of marijuana, a Schedule I controlled substance within the meaning of 21 U.S.C. § 812, and did aid and abet therein, all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, and punishable pursuant to 21 U.S.C. § 841(b)(1)(D).

**COUNT V**
8 U.S.C. § 1326(a)
(Illegal Reentry by a Previously Removed Alien)

On or about January 26, 2022, in the District of Utah,

JOAQUIN ORLANDO ARELLANO-GILES aka JOAQUIN ORLANDO ARELLANO,

the defendant herein, an alien, who on or about January 2, 2008 and July 31, 2003, was excluded, removed, and deported from the United States, did knowingly reenter and was found in the United States in the District of Utah, having not obtained the consent of the

Secretary of the United States Department of Homeland Security to reapply for admission into the United States; all in violation of and punishable pursuant to 8 U.S.C. § 1326(a).

A TRUE BILL:

/s/

FOREPERSON OF THE GRAND JURY

TRINA A. HIGGINS
United States Attorney

CLARK A. HARMS
Special Assistant United States Attorney